> MOTION GRANTED. In light of the extension, the Initial Case Management Conference is hereby reset to July 13, 2023 at 8:30 a.m. via telephone. All parties shall call 1-877-336-1831, and when prompted for the access code, enter 7039387# to participate. If a party has difficulty connecting to the call or has been on hold for more than five (5) minutes, please call 615-736-7344.
>
> */s/ Jeffrey S. Frensley*

# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| JANE DOE, | ) |
| | ) |
| Plaintiff, | ) Case No. 3:23-cv-00426 |
| | ) |
| v. | ) Judge Eli J. Richardson |
| | ) |
| VANDERBILT UNIVERSITY and | ) Magistrate Judge Jeffrey S. |
| VICTORIA R. PICOTT, | ) Frensley |
| | ) |
| Defendants. | ) |

## DEFENDANT VANDERBILT UNIVERSITY'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT

Under Rule 6(b)(1)(a) of the Federal Rules of Civil Procedure, Defendant Vanderbilt University ("Vanderbilt") moves to extend the deadline to file a Response to the Complaint in this matter. For cause, Vanderbilt shows as follows:

1. Plaintiff filed the Complaint on April 27, 2023, against Vanderbilt and Victoria Picott.

2. Vanderbilt and Ms. Picott both executed Waivers of Service—Vanderbilt on May 2, 2023, and Ms. Picott on May 9, 2023.

3. Therefore, Vanderbilt's responsive pleading is due on July 1, 2023, while Ms. Picott's responsive pleading is due on July 10, 2023.

4. The Complaint consists of 295 paragraphs over 52 pages. To permit Vanderbilt sufficient time to respond to the Complaint, and to coordinate with Ms. Picott's counsel, the undersigned respectfully requests that the Court extend Vanderbilt's deadline to file a responsive pleading to July 10, 2023, which is the filing deadline for Ms. Picott's responsive pleading.

5. The Initial Case Management Conference is currently scheduled for June 27, 2023, at 8:00 a.m., and will not be affected by Vanderbilt's request for an extension of time.

6. In accordance with Local Rules 6.01(a)(4)(A) and 7.01(a)(1), counsel for Defendants have conferred with counsel for Plaintiff prior to filing this Motion, and Plaintiff does not object to the requested extension.

For the foregoing reasons, Defendant Vanderbilt University requests that the Court extend its deadline to file a responsive pleading from July 1, 2023, to July 10, 2023.

Respectfully submitted,

_____
Kevin C. Klein (BPR #23301)
Wesley J. Dozier (#37735)
Klein Solomon Mills, PLLC
1322 Fourth Avenue North
Nashville, Tennessee 37208
(615) 600-4780
kevin.klein@kleinpllc.com
wesley.dozier@kleinpllc.com

*Counsel for Vanderbilt University*

**CERTIFICATE OF SERVICE**

  I certify that I filed the **UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT** on the Court's CM/ECF system on this 19th day of May, 2023, which forwarded a copy to:

Anne Bennett Hunger (TN Bar No. 022407)
Hunter Law Firm
101 Creekside Crossing, Suite 1700-307
Brentwood, TN 37027
anne@hunteremploymentlaw.com
(615) 592-2977

Tina O. Miller (PA Bar No. 71101)
Reisinger Comber & Miller, LLC
436 Seventh Ave #300
Pittsburgh, Pennsylvania 15219
tmiller@reisingercomber.com
(412) 894-1380

*Counsel for Plaintiff*

                  /s/ Kevin C. Klein
                  Kevin C. Klein