IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JANE DOE, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:23-cv-00426 |
| | ) | |
| v. | ) | Judge Richardson |
| | ) | Magistrate Judge Frensley |
| VANDERBILT UNIVERSITY and | ) | |
| VICTORIA PICOTT, | ) | JURY DEMAND |
| | ) | |
| Defendants. | ) | |

## NOTICE OF WITHDRAWAL OF COUNSEL

In accordance with Local Rule 83.01(g), Wesley J. Dozier withdraws as attorney of record for Vanderbilt University. Kevin C. Klein, Bruce Berman (*post hac vice*), Molly Jennings (*post hac vice*), Levi Schy (*post hac vice*), and Joshua W.B. Richards (*post hac vice*) will continue to represent Vanderbilt University.

Respectfully submitted,

Kevin C. Klein (#023301)
Wesley J. Dozier (#037735)
Klein Solomon Mills, PLLC
1322 4th Avenue North
Nashville, Tennessee 37208
615-600-4780
kevin.klein@kleinpllc.com
wesley.dozier@kleinpllc.com

*Counsel for Vanderbilt University*

# CERTIFICATE OF SERVICE

I certify that I filed the **NOTICE OF WITHDRAWAL OF COUNSEL** on the Court's CM/ECF system on this 7th day of September, 2023, which forwarded a copy to:

Molly M. Jennings
Bruce Berman
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
(202) 663-6363
bruce.berman@wilmerhale.com
molly.jennings@wilmerhale.com

Joshua W.B. Richards
Levi R. Schy
SAUL EWING
1500 Market Street, 38th Floor
Philadelphia, PA 19102
215-972-7737
joshua.richards@saul.com
levi.schy@saul.com

*Co-counsel for Vanderbilt University*

Anne Bennett Hunger (TN ID No. 022407)
HUNTER LAW FIRM
101 Creekside Crossing, Suite 1700-307
Brentwood, TN 37027
anne@hunteremploymentlaw.com
(615) 592-2977

Tina O. Miller (PA ID No. 71101)
REISINGER COMBER & MILLER, LLC
436 Seventh Ave #300
Pittsburgh, Pennsylvania 15219
tmiller@reisingercomber.com
(412) 894-1380

*Counsel for Plaintiff*

Paige M. Lyle
FORDHARRISON LLP
150 3rd Ave. South, Suite 2010
Nashville, TN 37201
(615) 574-6705
plyle@fordharrison.com

Sarah B. Morton
FORDHARRISON LLP
1201 Fannin Street, Suite 262
Houston, TX 77002
713-832-2909
smorton@fordharrison.com

*Attorneys for Victoria R. Picott*

_____
Wesley J. Dozier