IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JANE DOE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 3:23-cv-00426 |
| v. | ) | |
| | ) | JUDGE RICHARDSON |
| VANDERBILT UNIVERSITY and | ) | |
| VICTORIA R. PICOTT, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Pending before the Court is the motion to dismiss (Doc. No. 22, "Motion") filed by Defendant Vanderbilt University ("Vanderbilt") seeking dismissal of the claims against it that were included in Plaintiff's complaint (Doc. No. 1, "Complaint") pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted. The Motion is supported by a memorandum of law (Doc. No. 23). Plaintiff filed a response in opposition to the Motion[1] (Doc. No. 43, "Response") to which Vanderbilt filed a reply (Doc. No. 46).

For the reasons stated in the accompanying Memorandum Opinion, the Motion is GRANTED IN PART AND DENIED IN PART. Specifically, the Motion is granted with respect to Count One, in that Count One is dismissed pursuant to Rule 12(b)(6). As to all other counts (Counts Two through Ten), the Motion is denied in that the Court declines to rule on whether such counts should be dismissed under Rule 12(b)(6) because the Court declines to exercise supplemental jurisdiction over those counts in the aftermath of the dismissal of the sole count

---

[1] The other defendant in this action, Victoria R. Picott, also filed a motion to dismiss (Doc. No. 24). Plaintiff's Response addressed both the instant Motion and the motion to dismiss filed by Defendant Picott (which the Court ultimately granted).

arising under federal law (Count One), upon which this Court's original jurisdiction was entirely based.

Given that all claims against both Defendants have been dismissed, the Clerk is DIRECTED to enter judgment under Rule 58 and close the file.

IT IS SO ORDERED.

_Eli Richardson_

ELI  RICHARDSON
UNITED STATES DISTRICT JUDGE